# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| APX OPERATING COMPANY, LLC, | § § § | |
| Plaintiff Below, Appellant, | § § § | No. 393, 2021 |
| v. | § § | Court Below—Superior Court of the State of Delaware |
| HDI GLOBAL INSURANCE COMPANY, | § § § | |
| Defendant Below, Appellee. | § § | C.A. No. N21C-03-058 |

Submitted: September 21, 2022
Decided: October 5, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## ORDER

This 5th day of October 2022, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion and Order dated November 18, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice